In the Matter of Proving the Last Will and Testament of MARTHA ANNA BARLOW, Deceased.— Motion denied; " costs of the appeal " means costs to both parties; at least it was so intended in this case.   Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc.   Opening and Extending of ADDISON PLACE from Laurel Hill Boulevard to Anable Avenue, etc., and GOSMAN AVENUE from Borden Avenue to Barnett Avenue, etc.— Motion to dismiss appeal granted, without costs, and without prejudice to whatever right appellant may have to appeal from the final order in the condemnation proceedings.   Present —· Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

In the Matter of the OPENING OF A NEW STREET along the Fallkill, between the Intersection of Cataract Place and Mill Street and Washington Street, in the City of Poughkeepsie, etc.— Motion granted, without costs.   Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

In the Matter of the Application of the WESTCHESTER LIGHTING COMPANY to Be Made a Party Defendant, etc.   In the Matter of the BRONX PARKWAY COMMISSION to Acquire Title to Lands, etc.— Motion denied, without costs.   Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

JOHN KMETZ, as General Guardian of JOSEPH KMETZ, an Infant, Respond· ent, v. GEORGE H. DERONDE, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

ANNIE LEAHY, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

FREDERICK N. LEWIS, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

PAUL W. F. LINDNER, Appellant, v. FELIX REIFSCHNEIDER, JR., Respondent.— Motion denied, without costs.   Present — Thomas, Putnam, Blackmar and Kelly, JJ.

JACOB MASS, Respondent, v. SPECIAL MACHINE AND TOOL COMPANY, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

MARY A. PERRY, Administratrix, etc., Respondent, v. KATE L. WESTERFIELD and Another, Appellants, and Another, Defendant.— Motion denied, without costs.   Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.